**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dagmar Jesus Diaz-Gonzalez,

      Petitioner

v.

John Mattos, et al.,

      Respondents

Case No.: 2:25-cv-02622-JAD-BNW

**Order Granting Motion to Seal and Second Motion to Extend Time, Denying First Motion to Extend Time as Moot, and Setting Briefing Schedule and Hearing on Emergency Motion for Temporary Restraining Order**

[ECF Nos. 11, 13, 14, 17]

Petitioner Dagmar Jesus Diaz-Gonzalez, a citizen of Cuba, was arrested by Immigration and Customs Enforcement (ICE) officials on November 14, 2025, was ordered removed on December 15, 2025, and remains detained at the Nevada Southern Detention Center (NSDC) in Pahrump, Nevada.[1] His counseled amended federal habeas petition was filed on January 23, 2026, and respondents seek a extension to February 9, 2026, to file their response.[2] Diaz-Gonzalez opposes and moves on an emergency basis for a temporary restraining order directing his release. He alleges that he has serious medical conditions that are not being treated while in custody and asserts that ICE isn't following its own policies to provide medical care for detainees with chronic conditions.[3] Two hours after Diaz-Gonzalez filed his emergency motion, respondents filed a status report indicating that they have received current medical records for

---

[1] ECF No. 9 at 2.

[2] ECF No. 14. The respondents initially filed a motion to extend time to February 2, 2026, ECF No. 13, but they filed a second motion extending that request to February 9th. Because I grant the respondents' second motion, I deny the first one as moot.

[3] ECF No. 17.

Diaz-Gonzalez and have ordered medications for one of his chronic conditions to "ensure continuity of care."[4]

I find that good cause exists to grant the respondents' motion to extend time to file a response to Diaz-Gonzalez's amended petition.  Respondents indicate that the delay is due to their efforts to coordinate with the custodian of Diaz-Gonzalez's most recent medical records and the medical personnel at NSDC that are responsible for his care.[5]  It also appears that the respondents have received medical records and ordered medications to stabilize Diaz-Gonzalez's condition.  So I grant that motion and order that the respondents file a response to the amended petition by February 9, 2026.  I also grant Diaz-Gonzalez's motion to seal medical records attached as exhibits to his amended petition because compelling reasons exist to seal that information.[6]

Finally, I set a briefing schedule and a hearing on Diaz-Gonzalez's motion for a temporary restraining order.  Respondents must file a response by February 9, 2026, including any medical records and exhibits it contends show its efforts to provide Diaz-Gonzalez treatment, and Diaz-Gonzalez must file a reply by noon on February 13, 2026.  This matter is set for hearing at 3:30 p.m. on Tuesday, February 17, 2026.

**Conclusion**

IT IS THEREFORE ORDERED that petitioner Dagmar Jesus Diaz-Gonzalez's motion to seal **[ECF No. 11] is GRANTED.**  The Clerk of Court is directed to MAINTAIN THE SEAL at ECF No. 12.

---

[4] ECF No. 18.

[5] ECF No. 14 at 3.

[6] *See Foltz v. St. Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

IT IS FURTHER ORDERED that respondents' second motion to extend time **[ECF No. 14] is GRANTED** and respondents' first motion to extend time **[ECF No. 13] is DENIED as moot.** Respondents must file their response to the amended petition **by February 9, 2026.**

IT IS FURTHER ORDERED that respondents must file their response, containing any medical records and exhibits it contends show the efforts to provide Diaz-Gonzalez appropriate medical treatment, by February 9, 2026. Diaz-Gonzalez's reply will be due by noon on February 13, 2026.

IT IS FURTHER ORDERED that Diaz-Gonzalez's motion for a temporary restraining order [ECF No. 17] **will be heard at 3:30 p.m. on February 17, 2026**, in person before District Judge Jennifer A. Dorsey in Courtroom 6D of the Lloyd D. George Courthouse.

_____
U.S. District Judge Jennifer A. Dorsey
February 6, 2026